# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | CIVIL ACTION NO. 1:15-CV-1895 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, OFFICE OF OPEN RECORDS,** | : | |
| Defendant | : | |

## ORDER AND JUDGMENT

AND NOW, this 19th day of July, 2017, judgment is hereby entered against the Office of Open Records in the amount of $60,000 with reasonable attorneys' fees and costs incurred to date to be determined separately.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania