# INVOICE

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 169896 | 12/30/2016 | |
| Job Date | Case No. | |
| 10/19/2016 | | |

| Case Name |
|---|
| EEOC vs. Commonwealth of Pennsylvania |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Jeffrey A. Stern, Esq.
US Equal Employment Opportunity Commission
Anthony J Celebrezze Federal Building
1240 East 9th Street
Suite 3001
Cleveland, OH 44199

1 COPY OF TRANSCRIPT OF:
    Joseph Bednarik                                           466.45

                                        TOTAL DUE >>>        $466.45

Thank you for choosing Huseby!

***Please note new remit to address***

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

Phone: 216-522-7458   Fax:
Tax ID:

*Please detach bottom portion and return with payment.*

Jeffrey A. Stern, Esq.
US Equal Employment Opportunity Commission
Anthony J Celebrezze Federal Building
1240 East 9th Street
Suite 3001
Cleveland, OH 44199

Job No.      :
Case No.     :
Case Name    : EEOC vs. Commonwealth of Pennsylvania

Invoice No.  : 169896    Invoice Date : 12/30/2016
Total Due    : $ 466.45

Remit To: Huseby, Inc.
          P.O. Box 6180
          Hermitage, PA 16148-0922

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 162359 | 11/7/2016 | ▮ |
| **Job Date** | | **Case No.** |
| 10/18/2016 | | |

**Case Name**
EEOC vs. Commonwealth of Pennsylvania

**Payment Terms**
Due upon receipt, after 30 days 1.5% fee

Jeffrey A. Stern, Esq.
US Equal Employment Opportunity Commission
Anthony J Celebrezze Federal Building
1240 East 9th Street
Suite 3001
Cleveland, OH 44199

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Terry Lee Mutchler | | 239.00 Pages | @ | 4.25 | 1,015.75 |
|    Document Repository | | | | 20.00 | 20.00 |
|    Exhibits (1-200 pages) | | 53.00 | @ | 0.85 | 45.05 |
|    Litigation Support Package | | | | 125.00 | 125.00 |
|    Shipping | | | | 25.00 | 25.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Dena E. Lefkowitz | | 49.00 Pages | @ | 4.25 | 208.25 |
|    Full Day Per Diem | | | | 150.00 | 150.00 |
|    Document Repository | | | | 20.00 | 20.00 |
|    Exhibits (1-200 pages) | | 4.00 | @ | 0.85 | 3.40 |
| | | | **TOTAL DUE >>>** | | **$1,612.45** |


RECEIVED NOV 15 2016 EEOC-CLEO

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

**Tax ID:** ▮

Phone: 216-522-7458   Fax:

*Please detach bottom portion and return with payment.*

---

Jeffrey A. Stern, Esq.
US Equal Employment Opportunity Commission
Anthony J Celebrezze Federal Building
1240 East 9th Street
Suite 3001
Cleveland, OH 44199

Job No.       : ▮
Case No.      :
Case Name     : EEOC vs. Commonwealth of Pennsylvania

Invoice No.   : 162359        Invoice Date : 11/7/2016
Total Due     : $ 1,612.45

**Remit To:** Huseby, Inc.
P.O. Box 6180
Hermitage, PA 16148-0922

**PAYMENT WITH CREDIT CARD**   MasterCard  VISA
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

BOC Attachment A2

# INVOICE

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173722 | 2/15/2017 | [redacted] |

| Job Date | Case No. |
|---|---|
| 2/1/2017 | |

| Case Name |
|---|
| EEOC vs. Commonwealth of Pennsylvania |

| Payment Terms |
|---|
| Due upon receipt |

LaEunice Champman
US Equal Employment Opportunity Commission
10 South Howard Street
3rd Floor
Baltimore, MD 21201

1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Elisabeth S. Shuster | 98.00 Pages | @ | 3.30 | 323.40 |
| Litigation Support Package | | | 125.00 | 125.00 |
| Document Repository | | | 20.00 | 20.00 |
| Shipping | | | 25.00 | 25.00 |
| Exhibits (1-200 pages) | 6.00 | @ | 0.85 | 5.10 |
| **TOTAL DUE >>>** | | | | **$498.50** |

Ordered By: Jeffrey A. Stern, Esq.
US Equal Employment Opportunity Commission
Anthony J Celebrezze Federal Building
1240 East 9th Street
Suite 3001
Cleveland, OH 44199

Thank you for choosing Huseby!

***Please note new remit to address***

Tax ID: [redacted]

Phone: 410-209-2240   Fax: 410-926-4270

*Please detach bottom portion and return with payment.*

LaEunice Champman
US Equal Employment Opportunity Commission
10 South Howard Street
3rd Floor
Baltimore, MD 21201

Job No.     : [redacted]
Case No.    :
Case Name   : EEOC vs. Commonwealth of Pennsylvania

Invoice No. : 173722        Invoice Date : 2/15/2017
Total Due   : $ 498.50

Remit To: Huseby, Inc.
P.O. Box 6180
Hermitage, PA 16148-0922

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:

BOC Attachment A3



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

LaEunice Champman
US Equal Employment Opportunity Commission
10 South Howard Street
3rd Floor
Baltimore, MD 21201

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173894 | 2/15/2017 | ▓ |
| Job Date | Case No. | |
| 2/1/2017 | | |
| Case Name | | |
| EEOC vs. Commonwealth of Pennsylvania | | |
| Payment Terms | | |
| Due upon receipt | | |

Video Services
   Elisabeth Shuster
      Video Services                                                   160.00    160.00
      Video Additional Hours                 3.00 Hours  @  130.00    390.00
      Video DVD                                                        25.00     25.00

**TOTAL DUE >>>      $575.00**

Ordered By   : Jeffrey A. Stern, Esq.
                  US Equal Employment Opportunity Commission
                  Anthony J Celebrezze Federal Building
                  1240 East 9th Street
                  Suite 3001
                  Cleveland, OH 44199

Thank you for choosing Huseby!

***Please note new remit to address***

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Tax ID: ▓                                                                            Phone: 410-209-2240   Fax: 410-926-4270

*Please detach bottom portion and return with payment.*

---

LaEunice Champman
US Equal Employment Opportunity Commission
10 South Howard Street
3rd Floor
Baltimore, MD 21201

Job No.    : ▓
Case No.   :
Case Name  : EEOC vs. Commonwealth of Pennsylvania

Invoice No.  : 173894    Invoice Date  : 2/15/2017
Total Due   : $ 575.00

Remit To: Huseby, Inc.
         P.O. Box 6180
         Hermitage, PA 16148-0922

**PAYMENT WITH CREDIT CARD**
A 3% fee will be added to the 'Amount to Charge' to offset our processing costs
Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

BOC Attachment A4

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAVEL VOUCHER (Read the Privacy Act Statement on the back) | 1. DEPARTMENT OR ESTABLISHMENT, BUREAU, DIVISION, OR OFFICE: Equal Employment Opportunity Commission | 2. TYPE OF TRAVEL: ☐ TEMPORARY DUTY ☐ PERMANENT CHANGE OF STATION | 3. VOUCHER NO. 12739 | | | |
| | | | 4. SCHEDULE NO. | | | |

**5. TRAVELER (PAYEE)**

- a. NAME (Last, first, middle initial): Bednarik, Joseph, T
- b. SOCIAL SECURITY NUMBER: [redacted]
- 6. PERIOD OF TRAVEL
  - a. FROM: 10/18/2016
  - b. TO: 10/19/2016
- c. MAILING ADDRESS (Include ZIP Code): [redacted] NV [redacted]
- d. OFFICE TELEPHONE NO.
- 7. TRAVEL AUTHORIZATION
  - a. NUMBER(S): [redacted]
  - b. DATE(S): 10/16/2015
- e. PRESENT DUTY STATION:
- f. RESIDENCE (city and State): [redacted], NV
- 10. CHECK NO.

**8. TRAVEL ADVANCE**
- a. Outstanding
- b. Amount to be applied
- c. Amount due Government (Attached: ☐ Check ☐ Cash)
- d. Balance outstanding

**9. CASH PAYMENT RECEIPT**
- a. DATE RECEIVED
- b. AMOUNT RECEIVED $
- c. PAYEE'S SIGNATURE

**11. PAID BY**

**12. GOVERNMENT TRANSPORTATION REQUEST OR TRANSPORTATION TICKETS. IF PURCHASED WITH CASH** (List by number below and attached passenger coupon. If cash is used show claim on reverse side.)

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (FPMR 101-7).

Traveler's Initials ▶ JTB

| | AGENT'S VALUATION OF TICKET (a) | ISSUING CARRIER (Initials) (b) | MODE, CLASS OF SERVICE AND ACCOMMODATIONS (c) | DATE ISSUED (d) | POINTS OF TRAVEL FROM (e) | POINTS OF TRAVEL TO (f) |
|---|---|---|---|---|---|---|
| #677 | | AA | Economy | 10/16/2016 | Las Vegas, NV | Philadelphia, PA |
| #784 | $276.20 | AA | Economy | 10/16/2016 | Philadelphia, PA | Las Vegas, NV |

13. I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. When applicable, per diem claimed is based and the average cost of lodging incurred during the period covered by this voucher.

TRAVELER SIGN HERE ▶ [signature] DATE 10/28/2016  AMOUNT CLAIMED ▶ $ 613.06

NOTE: Falsification of an item in an expense account works a forfeiture of claim (27 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i d. 1001).

14. This voucher is approved. Long distance telephone calls, if any, are certified as necessary in the interest of the Government. (NOTE: If long distance telephone calls are included, the approving official must have been authorized in writing by the head of the department or agency to so certify. (31 U.S.C. 680a).

APPROVING OFFICAL SIGN HERE ▶ [redacted] DATE 10/28/2016

**17. FOR FINANCE OFFICE USE ONLY — COMPUTATION**
- a. DIFFERENCES, IF ANY (Explain and show amount) $

15. LAST PRECEDING VOUCHER PAID UNDER SAME TRAVEL AUTHORIZATION

| a. VOUCHER NO. | b. D.O. SYMBOL | c. MONTH & YEAR | b. TOTAL VERIFIED CORRECT FOR CHARGE TO APPROPRIATION |
|---|---|---|---|
| | | | Certifier's Initials: $ 613.06 |

16. THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT

AUTHORIZED CERTIFYING OFFICAL SIGN HERE ▶ [redacted] DATE 10/28/2016

- c. APPLIED TO TRAVEL ADVANCE (Appropriation symbol): $
- d. NET TO TRAVELER ▶ $ 613.06

18. ACCOUNT CLASSIFICATION [redacted]

NSN 7540-00-634-4180

STANDARD FROM 1012 (REV. 10-77)
Prescribed by GSA, FPMR (41 CFR) 101-7

# SCHEDULE OF EXPENSES AND AMOUNTS CLAIMED

**INSTRUCTIONS TO TRAVELER** (Unlisted items are self-explanation)

Col. (c) If the voucher includes per diem allowances for members of employee's immediate family, show member's names, ages and relationship to employee and marital status of children (unless information is shown on the travel authorization.)

Col. (d) Complete only for actual expense travel

(d) Show amount incurred for each meal, including tax and tips, and daily total meal cost.
(g) Show expenses, such as: laundry, cleaning and pressing clothes, tips to bellboys, porters, etc. (other than for meals).
(h) Complete for per diem and actual expense travel.
(i) Show total subsistence expense incurred for actual expense travel.
(j) Show per diem amount, limited to maximum rate, or if travel on actual expense, show the lesser of the amount from col. (i) or maximum rate.
(m) Show expenses, such as: taxi/limousine fares, air fare (if purchased with cash), local or long distance telephone calls for Government business, car rental, relocation other than subsistence, etc.

Complete this information if this is a continuation sheet

TRAVEL AUTHORIZATION NO.

TRAVELER'S LAST NAME: Bednarik

PAGE ___ of ___

| DATE 2016 (a) | TIME (Hour and am/pm) (b) | DESCRIPTION (Departure/arrival city, per diem computation, or other explanations of expense) (c) | MEALS BREAKFAST (d) | MEALS LUNCH (e) | MEALS DINNER (f) | TOTAL (g) | MISCEL-LANEOUS SUBSIS-TENCE (h) | LODGING (i) | TOTAL SUBSISTENCE EXPENSE (j) | MILEAGE RATE 0.54 NO. OF MILES (k) | MILEAGE (l) | SUBSISTENCE (m) | OTHER (n) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18 | | MI&E | | | | 48.00 | | | 48.00 | | | 48.00 | |
| 10/18 | | POV Mileage from Residence to LAS | | | | | | | | 23.50 | 12.69 | | 12.69 |
| 10/18 | | Parking at LAS | | | | | | | | | | | 32.00 |
| 10/18 | | Public Transportation from PHL | | | | | | | | | | | 8.00 |
| 10/18 | | Lodging | | | | | | 167.48 | | | | | 167.48 |
| 10/19 | | MI&E | | | | 48.00 | | | 48.00 | | | 48.00 | |
| 10/19 | | Public Transportation to PHL | | | | | | | | | | | 8.00 |
| 10/19 | | Commercial airfare roundtrip LAS/PHL | | | | | | | | | | | 276.20 |
| 10/19 | | Mileage from LAS to Residence | | | | | | | | 23.50 | 12.69 | | 12.69 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | SUBTOTALS ▶ | | | | | 25.38 | 96.00 | 517.06 |
| | | | | | | TOTALS ▶ | | | | | 25.38 | 96.00 | 517.06 |

If additional space is required, continue on another SF 1012-A BACK, leaving the front blank.

Enter grand total of columns (l), (m) and (n), below and in item 13 on the front of this form.

**TOTAL AMOUNT CLAIMED** ▶ 613.06

STANDARD FORM 1012 BACK (10-77)

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (FPMR 101-7), E.O. 11609 of July 22, 1971, E.O. 110012 of March 27, 1962, E.O. 9397 of November 22, 1943, and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions, or when pursuant to this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of its per- formance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C. 6011(b) and 6109) and E.O. 9397. November 22, 1943, for use as a taxpayer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances, however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

Standard Form 1157 (Rev. 4-80)
Department of the Treasury
1 TFRM 4-2000
1157-107

# CLAIMS FOR WITNESS ATTENDANCE FEES, TRAVEL, AND MISCELLANEOUS EXPENSES

Previous editions obsolete

## PART I - ATTENDANCE CERTIFICATION

**1. General Information**

a. Witness Name: Elisabeth S. Shuster
b. Witness Address
Street: [redacted]
City: Manheim  State: PA  Zip: ___
c. U.S. Citizen: Yes (✓)  No ( )  Alien: Legal ( )  Illegal ( )

d. Case Name: Commonwealth of PA Office of Rec.
e. Case Number: C.A. No. 1:15-cv-01895
f. District or Location: Philadelphia District Office

**2. Travel and Attendance Information**

a. Dates of Travel From Residence to Case Location: From 01/31/2017 To 01/31/2017
b. Dates of Travel From Case Location to Residence: From 02/01/2017 To 02/01/2017
c. Dates of attendance: From ___ To ___

**3. Certification**

I certify that the witness named above attended in the case or matter indicated and is entitled to the statutory allowances for attendance and travel. In the proceedings before United States Magistrate where more than four witnesses were called, the Magistrate also certifies that the approval and certificate of the U.S. Attorney were first obtained.

Dina Little  [signature]   Paralegal Specialist   02/02/2017
(Signature)                  (Title)                (Date)

## PART II - WITNESS CLAIM FOR FEES AND ALLOWANCES

| | Rate | No. of Days | Amount Claimed | Totals |
|---|---|---|---|---|
| 1. Attendance Fees | | | | |
| a. Fact, Pretrial Conference & Detained Witness | 40.00 | 1.00 | $ 40.00 | |
| Total Attendance Fees | | | | $ 40.00 |

2. Mileage Allowance (Indicate type of privately owned vehicle: (Auto) (motorcycle) (airplane))

| | Rate | No. of Miles | Amount Claimed | |
|---|---|---|---|---|
| a. From Residence to Case Location (and Return) | 0.535 | 177.40 | $ 94.91 | 94.91 |
| b. From Hotel/Motel to Court (or Court to Hotel/Motel) | | | 0.00 | |
| Total Mileage Allowance | | | | $ 94.02  2/14/17 |

3. Subsistence Per Diem Rate: ___ or HRGA Rate: ___
(HRGA: High Rate Geological Area)

| | Rate | No. of Days | Amount Claimed | |
|---|---|---|---|---|
| a. Meals | | | $ 0.00 | |
| b. Lodging | | | 0.00 | |
| Total Subsistence Allowance | | | | $ 0.00 |

4. Miscellaneous Allowances (See Item 8 Below)

| | Amount Claimed | |
|---|---|---|
| a. Common Carrier | $ 14.64 | |
| b. Parking Fees, Tolls, Taxi Fares | 15.00 | |
| Total Miscellaneous Allowances | | $ 29.64  ~~29.64~~ |

5. Total Amount Claimed (Items 1-4, Part II) — $ 148.66  7/28/
6. Less Outstanding Check or Cash Advances — $164.55  7/28/17
7. New Amount Claimed by Witness — $ 148.66

8. Use this space to itemize your expenses from Item 4, Part II above. Receipts are required for all common carrier and parking fees, and for all other single items in excess of $15.00.

Paid by Check No. ___
Paid by Cash  $ ___

(Signature of Payee)

(Date)

9.                                    **Witness Certification**

I certify that the above data is correct and that payment has not been received, and that at the time of travel and attendance I ~~(was)~~ (was not) a U.S. Government employee and I (was) ~~(was not)~~ a citizen of the United States. (If not a citizen, present your Alien Registration Record with this form.) I ~~(did)~~ (did not) receive a Government Transportation Request to pay for my official travel.

_Elizabeth S. Shuster_ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    _February 5, 2017_
          (Signature)                                                        (Date)

## PART III - RESERVED FOR FINANCE OFFICE

1. Computation
   a. Net Amount Claimed by Witness *(From Item 7, Part II)*          $        0.00
   b. Adjustments Due to Any Differences *(Explain Differences)*
   _____
   _____
   _____

   c. Amount Authorized for Payment                                    $
   d. By ▮▮▮▮▮▮▮▮▮▮▮▮▮ Title _____ Date _____
2. Accounting Classification Data _____

| | | FOR EXPENDITURES ON OFFICIAL BUSINESS | | 3. SCHEDULE NUMBER | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Read the Privacy Act Statement on the back of this form. | | 5. PAID BY | | | | |
| **4. CLAIMANT** | a. NAME (Last, first, middle initial) Bednarik, Joseph | | b. SOCIAL SECURITY NO. | ▮▮▮ | | | | |
| | c. MAILING ADDRESS (Include ZIP Code) ▮▮▮, NV | | d. OFFICE TELEPHONE NUMBER | | | | | |

6. EXPENDITURES (If fare claimed in col. (g) exceeds charge for one person, show in col. (h) the number of additional persons which accompanied the claimant.)

| DATE 2017 (a) | CODE (b) | Show appropriate code in col. (b): A - Local travel   D - Funeral Honors Detail B - Telephone or telegraph, or   E - Specialty Care C - Other expenses (itemized) (Explain expenditures in specific detail.) | | MILEAGE RATE ¢ NO. OF MILES (e) | AMOUNT CLAIMED | | | |
|---|---|---|---|---|---|---|---|---|
| | | (c) FROM | (d) TO | | MILEAGE (f) | FARE OR TOLL (g) | ADD PER SONS (h) | TIPS AND MISCEL- LANEOUS (i) |
| 6/22 | C | Unused plane ticket | deposition cancelled, 15-cv-01895 | | | | | 122.47 |
| | | | | | | | | |
| | | If additional space is required continue on the back. | SUBTOTALS CARRIED FORWARD FROM THE BACK | 0.00 | | | | |
| 7. AMOUNT CLAIMED (Total of cols. (f), (g) and (i).) ▶ $ 122.47 | | | TOTALS | 122.47 | | | | 122.47 |

8. This claim is approved. Long distance telephone calls, if shown, are certified as necessary in the interest of the Government. (Note: If long distance calls are included, the approving official must have been authorized in writing, by the head of the department or agency to so certify (31 U.S.C. 680a).)

Sign Original Only

APPROVING OFFICIAL SIGN HERE ▶ _____ DATE _____

9. This claim is certified correct and proper for payment.

Sign Original Only

AUTHORIZED CERTIFYING OFFICER SIGN HERE ▶ _____ DATE _____

ACCOUNTING CLASSIFICATION
▮▮▮

10. I certify that this claim is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me.

Sign Original Only

CLAIMANT SIGN HERE ▶ ▮▮▮  DATE 8/12/2017

11. CASH PAYMENT RECEIPT

a. PAYEE (Signature)  b. DATE RECEIVED

c. AMOUNT $

12. PAYMENT MADE BY CHECK NO.

DoD Overprint 4/2002

STANDARD FORM 1164 (Rev. 11-77)
Prescribed by GSA, FPMR (CFR 41) 101-7

BOC Attachment B3



# Invoice

**Nationwide Legal Services, LLC**
P.O. Box 180
Burnt Hills, NY 12027
(518) 399-3059
Tax ID:

| Date | Invoice No. |
|---|---|
| 10/11/16 | 16-12633 |

**Bill To**
U.S. Equal Employment
Opportunity Commission
1240 East Ninth Street, Suite 3001
Cleveland, OH 44199

| Subject | Terms | Our File No. |
|---|---|---|
| Commonwealth | Due on receipt | |

| Description | Date | Amount |
|---|---|---|
| Service of Process in the United States upon Dena Lefkowitz, Media PA | 10/4/16 | 115.00 |
| Service of Process in the United States upon Terry Lee Lutchler, Philadelphia PA | 10/5/16 | 115.00 |

Thank you for the opportunity to serve you!
00 late fee added to unpaid bills after 30 days.

| | Total | $230.00 |

BOC Attachment C1



Nationwide Legal Services, LLC
P.O. Box 180
Burnt Hills, NY 12027
(518) 399-3059
Tax ID: ███

# Invoice

| Date | Invoice No. |
|---|---|
| 01/11/17 | 17-439 |

**Bill To**
U.S. Equal Employment
Opportunity Commission
801 Market Street
Philadelphia, PA 19107-3127

| Subject | Terms | Our File No. |
|---|---|---|
| Commonwealth of PA | Due on receipt | ███ |

| Description | Date | Amount |
|---|---|---|
| Service of Process in the United States upon Elisabeth Shuster, ███, Manheim, PA | 1/4/2017 | 115.00 |

| | Total | $115.00 |
|---|---|---|

Thank you for the opportunity to serve you!
$5.00 late fee added to unpaid bills after 30 days.



Nationwide Legal Services, LLC
P.O. Box 180
Burnt Hills, NY 12027
(518) 399-3059
Tax ID: █████

# Invoice

| Date | Invoice No. |
|---|---|
| 06/28/17 | 17-9229 |

**Bill To**

U.S. Equal Employment
 Opportunity Commission
1240 East Ninth St., Suite 3001
Cleveland, OH 44199

| Subject | Terms | Our File No. |
|---|---|---|
| Pennsylvania | Due on receipt | █████ |

| Description | Date | Amount |
|---|---|---|
| Service of Process in the United States upon Elisabeth Shuster, Manheim PA | 6/19/17 | 125.00 |

Thank you for the opportunity to serve you!
$5.00 late fee added to unpaid bills after 30 days.

| Total | $125.00 |
|---|---|

# E2 Travel Voucher

Fri Jul 28 15:39:47 CDT 2017

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| 0405 | Closed Voucher | | 2016-10-21 | 2016-10-25 |

| Traveler | Official Duty Station | Title | Final Voucher Flag | |
|---|---|---|---|---|
| JEFF STERN | Cleveland, OH | | Yes | |

| Mailing Address | | Office Phone | Home Phone | |
|---|---|---|---|---|
| 1240 E 9th St Suite 3001 Cleveland, OH 44199 US | | 216-522-7458 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder | |
|---|---|---|---|---|
| CONUS | depositions PROJECT CODE: , EEOC v Office of Open Records | TDY | | |
| | | | Estimated Dates of Travel | |
| | | | 2016-10-17 thru 2016-10-20 | |

## Itinerary

| Cabin Class | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
| 2016-10-17 | 2016-10-17 | N/A | Cleveland, OH | NONE | No | CP | |
| 2016-10-17 | 2016-10-20 | N/A | Philadelphia, PA | NONE | Yes | CP | Temporary Duty, LDG $183, M & IE $64 |
| 2016-10-20 | 2016-10-20 | N/A | Cleveland, OH | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 416.20 | 917.85 | 224.00 | 0.00 | 57.00 | 21.60 | 202.71 | 1,839.36 |

# E2 Travel Voucher

Fri Jul 28 15:38:58 CDT 2017

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| 6602 | Closed Voucher | | 2017-02-03 | 2017-02-06 |

| Traveler | Official Duty Station | Title | Final Voucher Flag | |
|---|---|---|---|---|
| JEFF STERN | Cleveland, OH | | Yes | |

| Mailing Address | | Office Phone | Home Phone | |
|---|---|---|---|---|
| 1240 E 9th St Suite 3001 Cleveland, OH 44199 US | | 216-522-7458 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder | |
|---|---|---|---|---|
| CONUS | EEOC v OOR depositions | TDY | | |

| | | | Estimated Dates of Travel | |
|---|---|---|---|---|
| | | | 2017-01-31 thru 2017-02-02 | |

## Itinerary

Cabin Class

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2017-01-31 | 2017-01-31 | N/A | Cleveland, OH | NONE | No | CP | |
| 2017-01-31 | 2017-02-02 | N/A | Philadelphia, PA | NONE | Yes | CP | Temporary Duty, LDG $151, M & IE $64 |
| 2017-02-02 | 2017-02-02 | N/A | Cleveland, OH | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 710.40 | 302.00 | 160.00 | 0.00 | 58.00 | 20.66 | 128.51 | 1,379.57 |

# E2 Travel Voucher

Fri Jul 28 15:38:03 CDT 2017

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| 3516 | Closed Voucher | | 2017-07-21 | 2017-07-22 |

| Traveler | Official Duty Station | Title | Final Voucher Flag | |
|---|---|---|---|---|
| JEFF STERN | Cleveland, OH | | Yes | |

| Mailing Address | | Office Phone | Home Phone | |
|---|---|---|---|---|
| 1240 E 9th St Suite 3001 Cleveland, OH 44199 US | | 216-522-7458 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder | |
|---|---|---|---|---|
| CONUS | EEOC v OOR Final Pretrial | TDY | | |
| | | | Estimated Dates of Travel | |
| | | | 2017-07-18 thru 2017-07-20 | |

## Itinerary

| Cabin Class | | | | | | | |
|---|---|---|---|---|---|---|---|
| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
| 2017-07-18 | 2017-07-18 | N/A | Cleveland, OH | GOV | No | GA | |
| 2017-07-18 | 2017-07-20 | N/A | Harrisburg, PA | GOV | Yes | GA | Temporary Duty, LDG $110, M & IE $69 |
| 2017-07-20 | 2017-07-20 | N/A | Cleveland, OH | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 0.00 | 220.00 | 172.50 | 0.00 | 0.00 | 0.00 | 169.31 | 561.81 |

# E2 Travel Voucher

Fri Jul 28 15:36:08 CDT 2017

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| 3633 | Closed Voucher | | 2017-07-21 | 2017-07-26 |

| Traveler | Official Duty Station | Title | Final Voucher Flag | |
|---|---|---|---|---|
| JEFF STERN | Cleveland, OH | | Yes | |

| Mailing Address | | Office Phone | Home Phone | |
|---|---|---|---|---|
| 1240 E 9th St<br>Suite 3001<br>Cleveland, OH 44199<br>US | | 216-522-7458 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder | |
|---|---|---|---|---|
| CONUS | EEOC v OOR Trial Job | TDY | | |

| | | | Estimated Dates of Travel | |
|---|---|---|---|---|
| | | | 2017-08-05 thru 2017-08-12 | |

## Itinerary

Cabin Class

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2017-08-05 | 2017-08-05 | N/A | Cleveland, OH | GOV | No | GA | |
| 2017-08-05 | 2017-08-12 | N/A | Harrisburg, PA | GOV | No | GA | Temporary Duty, LDG $110, M & IE $69 |
| 2017-08-12 | 2017-08-12 | N/A | Cleveland, OH | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.11 | 22.11 |

# E2 Travel Voucher

Thu Aug 10 15:14:24 CDT 2017

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| ████████4244 | Closed Voucher | ████ | 2017-08-03 | 2017-08-04 |

| Traveler | Official Duty Station | Title | Final Voucher Flag | |
|---|---|---|---|---|
| DINA M LITTLE | Philadelphia, PA | | Yes | |

| Mailing Address | Office Phone | Home Phone | |
|---|---|---|---|
| ████ | 215-440-2802 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder |
|---|---|---|---|
| CONUS | Trial | TDY | ████ |

| Estimated Dates of Travel |
|---|
| 2017-07-18 thru 2017-07-19 |

## Itinerary

Cabin Class

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2017-07-18 | 2017-07-18 | N/A | Philadelphia, PA | POV | No | PA | |
| 2017-07-18 | 2017-07-19 | N/A | Harrisburg, PA | POV | Yes | PA | Temporary Duty, LDG $110, M & IE $69 |
| 2017-07-19 | 2017-07-19 | N/A | Philadelphia, PA | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 0.00 | 110.00 | 103.50 | 0.00 | 0.00 | 104.96 | 52.20 | 370.66 |