IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION : : : Plaintiff : : v. : : COMMONWEALTH OF PENNSYLVANIA OFFICE OF OPEN RECORDS : : : Defendant : | CIVIL ACTION 1: 15-CV-1895 (Chief Judge Conner) |

<u>JUDGMENT</u>

Pursuant to Federal Rule of Civil Procedure 54(d)(1), judgment is entered against the defendant Commonwealth of Pennsylvania Department of Open Records and in favor of the plaintiff Equal Employment Opportunity Commission in the amount of $4,072.48.

ATTEST:

s/ Peter Welsh
PETER WELSH, Acting Clerk

DATE: October 25, 2017